

ENTERED
09/13/2011

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HRD CORPORATION D/B/A | § | |
| MARCUS OIL & CHEMICAL | § | CASE NO. 11-36020-H5-11 |
|     DEBTOR. | § | |
| | § | |
| HRD CORPORATION D/B/A | § | |
| MARCUS OIL & CHEMICAL | § | |
| | § | |
|     PLAINTIFF | § | |
| | § | |
| v. | § | ADVERSARY NO. 11-3390 |
| | § | |
| DR. EBRAHIM BAGHERZADEH, | § | |
| JPMORGAN CHASE BANK, N.A., AND | § | |
| COMMUNITY BANK OF TEXAS, | § | |
|     DEFENDANTS | § | |

## THIRD STIPULATION AND ORDER EXTENDING TIME PERIOD FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO ANSWER OR FILE OTHER RESPONSIVE PLEADINGS

Plaintiff HRD Corporation d/b/a Marcus Oil & Chemical ("Plaintiff"), and Defendants JPMorgan Chase Bank, N.A., as evidenced by the signatures of their counsel below, hereby stipulate and consent to the third extension of the time period for Defendant Chase to file its answer, counterclaim, crossclaims, interpleader, motions or other responsive pleadings to Plaintiff's Complaint [Docket No. 1] until September 20, 2011. Chase shall continue to hold all funds in the accounts at Chase pending further order of the Court.

Case 11-03390   Document 27   Filed in TXSB on 09/12/11   Page 2 of 2

Based on the stipulation of the parties, the deadline for Defendant JPMorgan Chase Bank, N.A. to file its answer, counterclaim, crossclaims, interpleader, motions or other responsive pleadings to Plaintiff's Complaint is further extended until September 20, 2011 and Chase shall continue to hold all funds in the accounts at Chase pending further order of the Court.

It is so ORDERED.

Signed this ___13___ day of ___September___, 2011.

HON. KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND SUBSTANCE:

/s/ Preston T. Towber
Preston T. Towber
State Bar No. 20152600; Fed ID #8217
The Towber Law Firm PLLC
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Tel: (832) 485-3555
Fax: (832) 485-3550
Email: preston@towberlaw.com

ATTORNEY FOR DEFENDANT
JPMORGAN CHASE BANK, N.A.


/s/ David Anderson
Barbara M. Rogers
State Bar No. 17163200
David Anderson
State Bar No. 01174350
Rogers & Anderson PLLC
1415 North Loop West, Suite 1020
Houston, TX 77008
Tel: (713) 957-0100
ATTORNEY FOR PLAINTIFF
HRD CORPORATION D/B/A
MARCUS OIL & CHEMICAL